IN THE DISTRICT COURT OF THE UNITED STATES FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

```
UNITED STATES OF AMERICA    )
                            )     CRIMINAL ACTION NO.
     v.                     )         1:13cr28-MHT
                            )             (WO)
BLAKE RONNIE ENFINGER       )
```

**ORDER**

In light of the proceedings in open court on November 5, 2019, it is ORDERED as follows:

(1) Defendant Blake Ronnie Enfinger is adjudged guilty of charged violations one and two in the amended revocation petition (doc. no. 192).

(2) Sentencing is continued to December 5, 2019, at 10:00 a.m., in the Frank M. Johnson Jr. United States Courthouse Complex, Courtroom 2FMJ, One Church Street, Montgomery, Alabama.

(3) In the meantime, defense counsel is allowed to have defendant Enfinger undergo a comprehensive mental-health evaluation (including, but not limited to, a drug-abuse assessment) and is to file the results of the evaluation with the court by no later than

November 29, 2019.  Defense counsel is also to file with the court, by November 29, 2019, a proposed treatment plan for defendant Enfinger.

DONE, this the 6th day of November, 2019.

                                           /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**