IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | CRIMINAL ACTION NO. |
| v. | ) | 1:13cr28-MHT |
| | ) | (WO) |
| BLAKE RONNIE ENFINGER | ) | |

**ORDER**

The court having previously found defendant Blake Ronnie Enfinger guilty of violations one and two in the revocation petition (doc. no. 181), as amended (doc. no. 192), and in light of the proceedings in open court on December 5, 2019, it is ORDERED that the revocation petition (doc. no. 181), as amended (doc. no. 192), is resolved as follows:

(1) The term of supervised release is not revoked.

(2) The conditions of supervised release are modified as follows:

(a) Defendant Blake Ronnie Enfinger continues to be subject to all of the conditions of supervised release previously imposed.

(b) Defendant Enfinger shall participate in an inpatient substance-abuse treatment program, as directed by his supervising probation officer, for a period of six months when a bed becomes available, at a time determined by his supervising probation officer.

(c) Defendant Enfinger shall participate in the Location Monitoring Program for a term of six months and shall comply with the conditions of home detention, which will be monitored by a location monitoring system. He is to wear a location monitoring device and follow the monitoring procedures specified by his probation officer. Defendant Enfinger is to pay all costs of the program based upon his ability to pay as determined by his probation officer. The six-month term of home confinement and location monitoring shall begin as soon as possible, until he enters the inpatient treatment program, and shall be completed upon release from the inpatient treatment program.

DONE, this the 9th day of December, 2019.

                                  /s/ Myron H. Thompson
                              **UNITED STATES DISTRICT JUDGE**